FILED  
United States Court of Appeals  
Tenth Circuit

May 2, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UTAH PETROLEUM ASSOCIATION,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents,

and

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Intervenor - Respondents.

_____

STATE OF UTAH, by and through its Governor, Spencer J. Cox, and its Attorney General, Derek E. Brown,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents,

and

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

No. 25-9507  
(EPA No. EPA-R08-OAR-2024-0001)  
(Environmental Protection Agency)

No. 25-9508  
(EPA No. EPA-R08-OAR-2024-0001)  
(Environmental Protection Agency)

Intervenor - Respondents.

_____

## ORDER
_____

Before **McHUGH** and **MORITZ**, Circuit Judges.
_____

These matters are before the court on Intervenor-Respondents' motions for leave to respond to petitioners' motions to stay the final rule issued by the Environmental Protection Agency (EPA) titled "Denial of Request for Attainment Date Extension, Finding of Failure to Attain, and Reclassification of an Area in Utah as Moderate for the 2015 Ozone National Ambient Air Quality Standards."  Upon consideration, the motions are granted.  Intervenor-Respondents are directed to file their responses to petitioners' motions to stay within ten (10) days of the date of this order.  Petitioners may file optional replies to the responses within seven (7) days after service of the responses.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk