**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

| | |
|---|---|
| STATE OF UTAH,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9508 |
| UTAH PETROLEUM ASSOCIATION,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9507 |
| SEVEN COUNTY INFRASTRUCTURE COALITION et al.,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9513 |

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9525 |

# MOTION TO WITHDRAW COUNSEL

Respondent, the United States Environmental Protection Agency and Administrator Lee Zeldin, respectfully requests that the Court withdraw Gus Maxwell as counsel in the above-captioned consolidated cases. Gus Maxwell is no longer employed by the U.S. Department of Justice. The United States is represented by the undersigned and has been notified of all deadlines and pending court appearances in this matter.

2

Dated:  June 25, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Assistant Attorney General*

*/s/ Conner Huggins*
CONNER HUGGINS
U.S. Department of Justice
Environment & Natural Resources Division
PO Box 7611
Washington, D.C. 20044-7611
(202) 598-3799
Conner.huggins@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 64 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Conner Huggins*
CONNER HUGGINS