**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

| | |
|---|---|
| UTAH PETROLEUM ASSOCIATION,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9507 |
| STATE OF UTAH,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9508 |
| SEVEN COUNTY INFRASTRUCTURE COALITION et al.,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>*Respondents*. | Case No. 25-9513 |

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>      *Petitioner*,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>      *Respondents*. | Case No. 25-9525 |

**EPA'S STATUS REPORT AND REQUEST TO MAINTAIN ABEYANCE**

      Respondent the United States Environmental Protection Agency respectfully submits this Status Report and Request to Maintain Abeyance, in accordance with the Court's May 27, 2025 order at Doc. No. 11184356. These matters have been held in abeyance since the Court's March 24, 2025 order at Doc. No. 11168327. As further explained below, EPA decisionmakers are in the process of reconsidering the action at issue in this case and need additional time to complete this process. We therefore ask the Court to continue to hold the matter in abeyance, with status reports due at 60-day intervals.

      1.      These petitions seek review of an EPA Clean Air Act action relating to Utah's Uinta Basin at 89 Fed. Reg. 101483 (Dec. 16, 2024) ("the Uinta Basin Rule"). The action was entitled "Denial of Request for Attainment Date Extension, Finding of Failure to Attain, and Reclassification of an Area in Utah as Moderate

for the 2015 Ozone National Ambient Air Quality Standards," and it took effect on January 15 of this year. 89 Fed. Reg. 101483. Petitioners sought review of the Rule in this Court, while also asking EPA to reconsider the Rule in administrative petitions. Doc No. 11162316 at 3–4.

2. On February 25, 2025, EPA granted the administrative petitions and announced its intention to undertake notice and comment rulemaking on its reconsideration of the Final Action. *Id*. at 4. In light of EPA's reconsideration of the Rule at issue in this litigation, we asked the Court to abate judicial proceedings to allow the Agency to complete the reconsideration process in an orderly and deliberate manner while preserving both this Court's and the parties' resources. *Id*. The Court has subsequently granted additional extensions of the abeyance, with the most recent requiring a status report due on September 26, 2025. Doc No. 11200743.

3. EPA continues to reconsider the Uinta Basin Rule, including briefing decisionmakers, evaluating alternatives, and beginning to draft a notice of proposed rulemaking on reconsideration, which will include a 30-day period for submitting public comments on the proposal. While it will take additional time to complete these steps, this process may yield an EPA action obviating the need for judicial resolution of some or all of the disputed issues in this matter.

4.       EPA accordingly asks the Court to maintain the abeyance in this case, with status reports due at 60-day intervals.

Dated: September 26, 2025       Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/ Conner R. Huggins*
CONNER R. HUGGINS
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3799
Conner.huggins@usdoj.gov

## CERTIFICATE OF COMPLIANCE

      This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 392 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Conner R. Huggins*
CONNER R. HUGGINS
